# United States District Court
# Central District of California
# Western Division

In re:

ADELANTO COVID *HABEAS* PETITIONS.

See Attached Case List
ED CV 20-0786-TJH(MAR)

Order       JS-6

  Since March, 2020, the Court received over 100 separately filed petitions for writs of *habeas corpus*, pursuant to 28 U.S.C. § 2241, alleging Fifth Amendment substantive due process claims based on the conditions of confinement at the Adelanto Immigration and Customs Enforcement Processing Center ["Adelanto"] during the COVID-19 pandemic ["Separately Filed Cases"].

  On April 13, 2020, Petitioners-Plaintiffs Kelvin Hernandez Roman, Miguel Aguilar Estrada, and Beatriz Andrea Forero Chavez, on behalf of themselves and all others similarly situated, filed a combined petition for a writ of *habeas corpus* and complaint for injunctive and declaratory relief premised on a Fifth Amendment substantive due process claim based on the conditions of confinement at Adelanto. *See Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) ["*Roman*"].

  On April 23, 2020, the Court provisionally certified *Roman* as a mandatory class

action under Fed. R. Civ. P. 23(b)(2), and stayed all of the Separately Filed Cases pending the outcome of *Roman*. On September 22, 2020, the Court certified the mandatory *Roman* class on a non-provisional basis.

The Separately Filed Cases are, now, moot.

Accordingly,

**It is Ordered** that the Separately Filed Cases, identified on the attached case list, be, and hereby are, **Dismissed** as moot.

**It is further Ordered** that all *Roman* class members released pursuant to an order issued in a Separately Filed Case and/or *Roman*, shall remain released subject to the terms and conditions previously ordered by the Court.

Date: July 13, 2021

_____
**Terry J. Hatter, Jr.**
**Senior United States District Judge**

**Separately Filed Cases to be Dismissed**

| Case Number | Plaintiff/Petitioner |
|---|---|
| 2:20-cv-03234-TJH-SHK | Emerson Noel Beltran-Rivera |
| 2:20-cv-03357-TJH-MRW | R.S.M. |
| 5:20-cv-00605-TJH-AFM | Pedro Bravo Castillo |
| 5:20-cv-00614-TJH-KS | Enrique Francisco Hernandez |
| 5:20-cv-00625-TJH-MAR | Martin Munoz |
| 5:20-cv-00626-TJH-JC | Jimmy Sudney |
| 5:20-cv-00627-TJH-GJS | Jose Robles Rodriguez |
| 5:20-cv-00646-TJH-AGR | An Thanh Nguyen |
| 5:20-cv-00650-TJH-PD | Lionel Prince Deon Bogle |
| 5:20-cv-00651-TJH-PVC | Jesus Villegas-Gomez |
| 5:20-cv-00653-TJH-MAA | Varinder Singh |
| 5:20-cv-00654-TJH-E | Carlos Landeros |
| 5:20-cv-00655-TJH-PVC | Artemio Meraz Hernandez |
| 5:20-cv-00668-TJH-PD | Gabriela Perez Cruz |
| 5:20-cv-00690-TJH-JEM | Cesar Javier Manuel |
| 5:20-cv-00700-TJH-MAA | Nwana Elvira Eyere |
| 5:20-cv-00702-TJH-MAA | Sigifredo Zendejas Lopez |
| 5:20-cv-00708-TJH-ADS | Maria De Los Angeles Santibanez Lepe |
| 5:20-cv-00709-TJH-DFM | Agustina Pineda Ortuno |
| 5:20-cv-00710-TJH-GJS | Wendy Lizette Ordonez |
| 5:20-cv-00712-TJH-JPR | Jeffrey Hernandez Arevalo |
| 5:20-cv-00715-TJH-PD | Ibrahim Bare |
| 5:20-cv-00718-TJH-JEM | Sergio Jonathan Moreno |
| 5:20-cv-00719-TJH-JEM | Somboon Phaymany |

| | | |
|---|---|---|
| 1 | 5:20-cv-00721-TJH-E | Samani Sosefo Sekona |
| 2 | 5:20-cv-00732-TJH-KK | Jesus Garcia Monarrez |
| 3 | 5:20-cv-00740-TJH-JEM | Russel Casio Bernardino |
| 4 | 5:20-cv-00741-TJH-JEM | Steve Sfera |
| 5 | 5:20-cv-00744-TJH-MAR | Abel Valenzuela Camargo |
| 6 | 5:20-cv-00745-TJH-KK | Maria Rocha Lopez |
| 7 | 5:20-cv-00751-TJH-MAR | Caleb Jose Hernandez Sanchez |
| 8 | 5:20-cv-00759-TJH-MAR | Mebrahtom Habete Zeweldi |
| 9 | 5:20-cv-00760-TJH-JPR | Maria Legarda-Bugarin |
| 10 | 5:20-cv-00762-TJH-KS | Elton Tablada |
| 11 | 5:20-cv-00765-TJH-PD | Vera Fortoh |
| 12 | 5:20-cv-00779-TJH-E | Salvador Chavez Gonzalez |
| 13 | 5:20-cv-00780-TJH-AGR | Duarte Moris Giron |
| 14 | 5:20-cv-00781-TJH-AS | Daniel Alverto Varela Reyes |
| 15 | 5:20-cv-00783-TJH-JPR | Martinez Lizalde Dante |
| 16 | 5:20-cv-00784-TJH-JDE | Victor Sanchez Negron |
| 17 | 5:20-cv-00785-TJH-PD | Pop Jonathan |
| 18 | 5:20-cv-00786-TJH-MAR | Martinez Fuentes Javier |
| 19 | 5:20-cv-00787-TJH-KK | Lopez Martinez Francisco |
| 20 | 5:20-cv-00788-TJH-KES | Zeferino Hernanez Jesus |
| 21 | 5:20-cv-00789-TJH-PD | Zarco Silva Pedro |
| 22 | 5:20-cv-00791-TJH-ADS | Clement Taiwo Babatunde |
| 23 | 5:20-cv-00794-TJH-RAO | Fernandez Ramirez Robert |
| 24 | 5:20-cv-00796-TJH-SP | Johmmy Arnaldo Garcia |
| 25 | 5:20-cv-00810-TJH-GJS | Charleston Edward Dacoff |
| 26 | 5:20-cv-00811-TJH-KS | Luis Lopez Salgado |
| 27 | 5:20-cv-00812-TJH-AFM | Paola Rayon Vite |
| 28 | 5:20-cv-00813-TJH-JEM | Martin Vargas Arellano |

| | | |
|---|---|---|
| 1 | 5:20-cv-00816-TJH-JEM | Alejandro Jeronimo Osorio |
| 2 | 5:20-cv-00824-TJH-JDE | Gabriel Espinoza Orejel |
| 3 | 5:20-cv-00830-TJH-JEM | Arody Tome |
| 4 | 5:20-cv-00837-TJH-JC | Andre Luiz Costa Soares |
| 5 | 5:20-cv-00846-TJH-PD | Neptali Loreto Morales |
| 6 | 5:20-cv-00849-TJH-MAR | Elozona Ogbechie |
| 7 | 5:20-cv-00853-TJH-AGR | Jose Marcos Gonzales Tapete |
| 8 | 5:20-cv-00855-TJH-MAA | Erick Adrian Roman Vega |
| 9 | 5:20-cv-00856-TJH-JDE | Cecilio Castelo-Sikat |
| 10 | 5:20-cv-00857-TJH-ADS | Victor Diaz Gomez |
| 11 | 5:20-cv-00863-TJH-PD | Ramiro Oropeza Rodriguez |
| 12 | 5:20-cv-00866-TJH-PD | Lisbeth Romero Najera |
| 13 | 5:20-cv-00874-TJH-JPR | Reynaldo Reyes Martinez |
| 14 | 5:20-cv-00882-TJH-AS | Maximo Benavides Cortez |
| 15 | 5:20-cv-00886-TJH-PVC | Freddy Bojorge Lopez |
| 16 | 5:20-cv-00894-TJH-E | Jose Robles Rodriguez |
| 17 | 5:20-cv-00903-TJH-KS | Maria Evelia Regalado-Gomez |
| 18 | 5:20-cv-00916-TJH-MAR | Juan Medina |
| 19 | 5:20-cv-00918-TJH-JEM | Hector Hugo Valenzuela Cruz |
| 20 | 5:20-cv-00943-TJH-SHK | Alonso Castaneda Andrade |
| 21 | 5:20-cv-00947-TJH-KK | Wahid Mansaray |
| 22 | 5:20-cv-00949-TJH-AFM | Alvaro Gonzalez Martinez |
| 23 | 5:20-cv-00954-TJH-AGR | Jose Rey Gutierrez Penaloza |
| 24 | 5:20-cv-00960-TJH-AFM | Maria De Los Angeles Aray Pardo |
| 25 | 5:20-cv-00983-TJH-JEM | Homero Gonzalez Martinez |
| 26 | 5:20-cv-00998-TJH-MAA | Amanuel Meseret Keleta |
| 27 | 5:20-cv-01000-TJH-GJS | Dong Soon Park |
| 28 | 5:20-cv-01001-TJH-AFM | Hyung Bae Kim |

| # | Case Number | Name |
|---|---|---|
| 1 | 5:20-cv-01002-TJH-JEM | Kwang Hyen Park |
| 2 | 5:20-cv-01007-TJH-MAA | Juan Carlos Rolon Sandoval |
| 3 | 5:20-cv-01031-TJH-PD | Jose Miguel Galan Najarro |
| 4 | 5:20-cv-01072-TJH-MAR | Omar Brooks |
| 5 | 5:20-cv-01157-TJH-JDE | Ruben Poghosyan |
| 6 | 5:20-cv-01248-TJH-MAR | Brany Alfaro Depaz |
| 7 | 5:20-cv-01442-TJH-PVC | Shengyang Li |
| 8 | 5:20-cv-01461-TJH-MAR | Mohammed Alsayed Abdelsalam |
| 9 | 5:20-cv-01723-TJH-SK | Roderick Santiago |
| 10 | 5:20-cv-02023-TJH-AGR | Laurell Dawin Lewis |
| 11 | 5:20-cv-02370-TJH-PVC | Efrain Diaz Ponce |